Carrie L. Mitchell, Esq. (SBN 221845)
Email: cmitchell@mcdougallove.com
McDOUGAL LOVE BOEHMER
FOLEY LYON & CANLAS
8100 La Mesa Blvd., Suite 200
La Mesa, California 91942
Telephone:  (619) 440-4444
Facsimile:    (619) 440-4907

Attorneys for Defendant, Valley Ho Hotels, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>              Plaintiff,<br><br>v.<br><br>VALLEY HO HOTELS, INC., a California Corporation; and DOES 1-10,<br><br>              Defendants. | Case No.: '20CV2399 DMS AHG<br><br>[Removal from San Diego County Superior Court Case No. 37-2020-00040095-CU-CR-NC]<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a)<br><br>(FEDERAL QUESTION) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant, Valley Ho Hotels, Inc., hereby gives notice of removal of the above action from the Superior Court of California, County of San Diego, North County District, Case No. 37-2020-00040095-CU-CR-NC, to the United States District Court, Southern District of California, and state:

1.    On October 30, 2020, an action was commenced in the Superior Court of the State of California, County of San Diego, North County District entitled *Orlando Garcia v. Valley Ho Hotels, Inc., et al.*, Case No. 37-2020-00040095-CU-CR-NC.  A copy of the Complaint is attached as Exhibit "A."

1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) and (b)

2. On November 9, 2020, plaintiff caused a copy of the summons and complaint to be served by substitute service on defendant and mailed to defendant on November 13, 2020. A copy of the summons is attached as Exhibit "B."

3. The complaint alleges two causes of action against the defendant for violation of the Americans with Disabilities Act of 1990 and for violations of the Unruh Civil Rights Act, Cal. Civ. Code § 51-31 ("Unruh"). See Exhibit "A", Complt., at pages 5-6.

4. All of plaintiff's claims relate to allegations that the defendant's hotel website does not comply with ADA and Unruh accessibility requirements. See Complt.

4. The amount in controversy is unknown as plaintiff prays for injunctive relief, damages under the Unruh Civil Rights Act, and reasonable attorneys' fees and cost of suit. (See Exhibit "A", Complt. at page 7.)

5. This Court has original jurisdiction under 28 U.S.C. section 1331 under the first cause of action for violation of the Americans with Disabilities Act of 1990. This action is, therefore, properly removable pursuant to 28 U.S.C. sections 1441(a) and (c). (Federal Question.) Court has supplemental jurisdiction over plaintiff's state law claim as it arises from, relates to, and emanates from the same alleged ADA violation, and is so related that it forms part of the same case or controversy pursuant to 28 U.S.C. §1367(a).

///
///
///
///
///
///
///
///

6. The attorneys of record herein for the defendant will promptly file a copy of this notice of removal with the Clerk of the Superior Court for the State of California, County of San Diego, North County District.

WHEREFORE, defendant, Valley Ho Hotels, Inc., respectfully requests that this case proceed before this Court as an action properly removed.

Dated: December 9, 2020  MCDOUGAL LOVE BOEHMER FOLEY LYON & CANLAS

By: s/ *Carrie L. Mitchell*
Carrie L. Mitchell
Attorneys for Defendant,
Valley Ho Hotels, Inc.

3
**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) and (b)**