UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ORLANDO GARCIA,

     Plaintiff,

  v.

VALLEY HO HOTELS, INC., a California Corporation

     Defendants.

Case: 3:20-cv-02399-DMS-AHG

**ORDER OF DISMISSAL**

     Pursuant to Fed. R. Civ. P. 41(a)(2), the entire case is hereby ordered dismissed with prejudice.

     **IT IS SO ORDERED.**

Dated:  March 4, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court

1